IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 11-120 |
| v. | ) | |
| | ) | **(UNDER SEAL)** |
| BRIAN DAVID WOLFE | ) | (21 U.S.C. §§ 846) |
|    a/k/a Jeff Hoffman | ) | |
|    a/k/a Jason Hines | ) | |
|    a/k/a Dior R. Christian | ) | |
|    a/k/a Joseph Gal | ) | |
|    a/k/a Tim Larkin | ) | |
|    a/k/a Jayson Sanders | ) | |
|    a/k/a Jeff Larkin | ) | |
| SHANNON HOUSTON WOLFE | ) | |
| RYAN ROBERT BEHARRY | ) | |
| DANIEL SAAMUS MALADY | ) | |
| DENNIS O'HARE | ) | |
|    a/k/a Dennis Harris | ) | |
| STEPHEN MICHAEL AROVITS | ) | |
| ROY GETTY ARTHRELL, III | ) | |
|    a/k/a Roy Arthur | ) | |
| TERRELL OCKMIG ROBINSON | ) | |
| DAVID JONES SMOUSE | ) | |
|    a/k/a Dave Cimeno | ) | |
|    a/k/a David Seese | ) | |
|    a/k/a Dave Lowe | ) | |
|    a/k/a Dave Sparks | ) | |
| MICHAEL CHARLES SCHWARTZBAUER | ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about February 26, 2009, and continuing thereafter to on or about June 21, 2010, in the Western District of Pennsylvania, the defendants, BRIAN DAVID WOLFE, a/k/a Jeff Hoffman, a/k/a Jason Hines, a/k/a Dior R. Christian, a/k/a Joseph Gal, a/k/a Tim Larkin, a/k/a Jayson Sanders, a/k/a Jeff Larkin, SHANNON HOUSTON WOLFE, RYAN ROBERT BEHARRY, DANIEL SAAMUS MALADY,

DENNIS O'HARE, a/k/a Dennis Harris, STEPHEN MICHAEL AROVITS, ROY GETTY ARTHRELL, III, a/k/a Roy Arthur, TERRELL OCKMIG ROBINSON, DAVID JONES SMOUSE, a/k/a Dave Cimeno, a/k/a Davis Seese, a/k/a Dave Lowe, a/k/a Dave Sparks, and MICHAEL CHARLES SCHWARTZBAUER, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute a quantity of oxycodone, including oxycodone in the forms of OxyContin and Roxicodone, Schedule II controlled substances, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## FORFEITURE ALLEGATIONS

1. The Grand Jury realleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeitures pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(p).

2. As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendants, BRIAN DAVID WOLFE, a/k/a Jeff Hoffman, a/k/a Jason Hines, a/k/a Dior R. Christian, a/k/a Joseph Gal, a/k/a Tim Larkin, a/k/a Jayson Sanders, a/k/a Jeff Larkin, SHANNON HOUSTON WOLFE, RYAN ROBERT BEHARRY, DANIEL SAAMUS MALADY, DENNIS O'HARE, a/k/a Dennis Harris, STEPHEN MICHAEL AROVITS, ROY GETTY ARTHRELL, III, a/k/a Roy Arthur, TERRELL OCKMIG ROBINSON, DAVID JONES SMOUSE, a/k/a Dave Cimeno, a/k/a Davis Seese, a/k/a Dave Lowe, a/k/a Dave Sparks, and MICHAEL CHARLES SCHWARTZBAUER, did acquire United States currency, cash equivalents and bank account balances, which constitute, and are derived from, the proceeds obtained, directly and indirectly, from such violations, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(1)

3. As a result of the commission of the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, the defendants, BRIAN DAVID WOLFE, a/k/a Jeff Hoffman, a/k/a Jason Hines, a/k/a Dior R. Christian, a/k/a Joseph

Gal, a/k/a Tim Larkin, a/k/a Jayson Sanders, a/k/a Jeff Larkin, SHANNON HOUSTON WOLFE, RYAN ROBERT BEHARRY, DANIEL SAAMUS MALADY, DENNIS O'HARE, a/k/a Dennis Harris, STEPHEN MICHAEL AROVITS, ROY GETTY ARTHRELL, III, a/k/a Roy Arthur, TERRELL OCKMIG ROBINSON, DAVID JONES SMOUSE, a/k/a Dave Cimeno, a/k/a Davis Seese, a/k/a Dave Lowe, a/k/a Dave Sparks, and MICHAEL CHARLES SCHWARTZBAUER, did use the following property to facilitate the violation of Title 21, United States Code, Section 846, charged in Count One of this Indictment, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a)(2): (a) the real property located at 986 Cochrans Mill Road, Pittsburgh, PA; (b) computers and computer equipment; (c) vehicles; and (d) cell phones.

    4. If through any act or omission by the defendants, BRIAN DAVID WOLFE, a/k/a Jeff Hoffman, a/k/a Jason Hines, a/k/a Dior R. Christian, a/k/a Joseph Gal, a/k/a Tim Larkin, a/k/a Jayson Sanders, a/k/a Jeff Larkin, SHANNON HOUSTON WOLFE, RYAN ROBERT BEHARRY, DANIEL SAAMUS MALADY, DENNIS O'HARE, a/k/a Dennis Harris, STEPHEN MICHAEL AROVITS, ROY GETTY ARTHRELL, III, a/k/a Roy Arthur, TERRELL OCKMIG ROBINSON, DAVID JONES SMOUSE, a/k/a Dave Cimeno, a/k/a Davis Seese, a/k/a Dave Lowe, a/k/a Dave Sparks, and MICHAEL CHARLES SCHWARTZBAUER, any or all of the property described in paragraph 2 and 3 above (hereinafter the "Subject Properties")

    a    Cannot be located upon the exercise of due diligence;

b. Has been transferred, sold to, or deposited with a third person;

c. Has been placed beyond the jurisdiction of the Court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty,

the United States intends to seek forfeiture of any other property of the defendants up to the value of the Subject Properties forfeitable above pursuant to Title 21, United States Code, Section 853(p).

A True Bill

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA Id. No. 34524